■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AIMAN H. ABUJUDEH, Appellant. [993 NYS2d 417]—

Appeal from a judgment of the Cayuga County Court (Thomas G. Leone, J.), rendered April 5, 2012. The judgment convicted defendant, upon a jury verdict, of willful possession or transport of unstamped cigarettes, unlicensed operation of a motor vehicle and speeding in a work zone.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon a jury verdict of, inter alia, willful possession or transport of unstamped cigarettes (*see* Tax Law § 1814 [c] [1]). We reject defendant's challenges to County Court's exercises of discretion. The court properly exercised its discretion in conducting the trial in his absence (*see People v Parker*, 57 NY2d 136, 142 [1982]). The court issued repeated *Parker* warnings to defendant and, when defendant failed to appear, it conducted a sufficient inquiry to warrant the conclusion that his "nonappearance constituted a waiver of his right to be present at trial" (*People v Williams*, 170 AD2d 968, 969 [1991], *lv denied* 77 NY2d 968 [1991]; *see People v Toomer*, 272 AD2d 990, 991 [2000], *lv denied* 95 NY2d 872 [2000]). The court also properly exercised its discretion in limiting defendant's cross-examination of a prosecution witness (*see People v Bryant*, 73 AD3d 1442, 1443 [2010], *lv denied* 15 NY3d 850 [2010]).

Contrary to defendant's contention, we conclude that the People established a proper foundation for the admission of the cigarettes in evidence (*see People v Foley*, 257 AD2d 243, 254 [1999], *affd* 94 NY2d 668 [2000], *cert denied* 531 US 875 [2000]; *People v Jackson*, 306 AD2d 910, 910-911 [2003], *lv denied* 100 NY2d 595 [2003], *reconsideration denied* 1 NY3d 540 [2003]), and "any irregularities in the chain of custody went to the weight of the evidence rather than its admissibility" (*People v Washington*, 39 AD3d 1228, 1230 [2007], *lv denied* 9 NY3d 870 [2007]). Viewing the evidence in light of the elements of the crime of willful possession or transport of unstamped cigarettes as charged to the jury (*see People v Danielson*, 9 NY3d 342, 349 [2007]), we conclude that the verdict is not against the weight of the evidence (*see People v Bleakley*, 69 NY2d 490, 495 [1987]). Finally, defendant's contention with respect to the alleged violation of his right to seek remission of his forfeited bail is not properly raised on the appeal from his judgment of conviction (*see People v Baron*, 133 AD2d 833, 834-835 [1987], *lv denied* 70 NY2d 929 [1987]). Present—Centra, J.P., Carni, Valentino and Whalen, JJ.